# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV 17-00337-R (AFMx)                    DATE: April 25, 2017

TITLE: *Vanessa Garcia v. Quick Business Funding Inc., et al*
==================================================================
PRESENT:    HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

    Ingrid Valdes                                 N/A
    Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

    Not present                                Not present

PROCEEDINGS:  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff(s) is ordered to show cause in writing no later than May 2, 2017 why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

    - Plaintiff's request for entry of default as to the remaining defendants
    - Answer by the defendant(s) or responsive pleading

    In the event both documents are filed before the above date, the answer will take precedence.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**MINUTES FORM II**                                                          Initials of Deputy Clerk  CCH
**CIVIL - GEN**